IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00014-GCM-DSC

| | |
|---|---|
| ELLEN MCGRADY, ) ) Plaintiff, ) ) vs. ) ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) Defendant. ) _____) | ORDER |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David S. Cayer, filed June 11, 2012. The parties were advised that, pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the same. Plaintiff timely filed an objection, and Defendant timely filed a response.

After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and Defendant's responses to the objections, the Court concludes that the recommendation to deny the Plaintiff's Motion for Summary Judgment and to grant the Defendant's Motion for Summary Judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: July 31, 2012

Graham C. Mullen
United States District Judge