# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ellen McGrady,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-14

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2012 Order.

Signed: July 31, 2012

Frank G. Johns, Clerk
United States District Court